# Court of Appeals
# of the State of Georgia

ATLANTA, December 21, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0754. HARVEY H. WALKER v. BARBARA JEAN FOX et al.

Harvey Walker filed an action against Barbara Fox, Paul Frazier, Bill Frazier, Jacob Durrence, Sherry Frazier, and Karen Frazier for – among other things – ejectment, arguing that she had title to the property they were occupying. The Special Master recommended that the court issue "such orders and writs as are necessary to provide [Walker] with quiet enjoyment of the real property described in his petition, LESS AND EXCEPT the two tracts of real property described on [a plat labeled as Exhibit A to the Special Master's Findings]." The trial court adopted the Special Master's Findings and denied Walker's Exceptions to the Report. Walker appealed to this Court.

"Cases respecting title to land, as that term is used in the Constitution for the purpose of defining the jurisdiction of [the Supreme Court], refer to and mean actions at law, such as ejectment and statutory substitutes, in which the plaintiff asserts a presently enforceable legal title against the possession of the defendant for the purpose of recovering the land." *Bond v. Ray*, 207 Ga. 559, 561 (63 SE2d 399)

(1951) (punctuation omitted); see also *Slaick v. Arnold*, 307 Ga. App. 410, 411-412 (705 SE2d 206) (2010); Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1).  Because this case appears to fall within the Supreme Court's jurisdiction over cases involving title to land, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/21/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*